■ JOHN GARRAMONE, Respondent, v STATE OF NEW YORK, Appellant. (Claim No. 89487.) [641 NYS2d 1023] —Order unanimously affirmed with costs for reasons stated in decision at Court of Claims, Mega, J. (Appeal from Order of Court of Claims, Mega, J.—Notice of Claim.) Present—Green, J. P., Lawton, Wesley, Doerr and Boehm, JJ.

■ HOWARD LEIDERMAN, Respondent, v PHOENIX COLOR CORP., Appellant. [641 NYS2d 575] —Order unanimously affirmed with costs for reasons stated in decision at Supreme Court, Rutledge, J. (Appeal from Order of Supreme Court, Queens County, Rutledge, J.—Dismiss Complaint.) Present—Green, J. P., Lawton, Wesley, Doerr and Boehm, JJ.